UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.                                          )    Criminal Action No. 23-36 (RBW) <br> ) <br> WILLIAM DUNFEE,              ) <br> ) <br>             Defendant.   ) <br> ) | **FILED** <br> FEB 2 4 2023 <br> Clerk, U.S. District & Bankruptcy <br> Courts for the District of Columbia |

**ORDER**

In accordance with the oral rulings issued by the Court at the status hearing held on February 24, 2023, via videoconference, it is hereby

**ORDERED** that, on April 26, 2023, at 9:00 a.m., the parties shall appear before the Court for a status hearing, via videoconference. It is further

**ORDERED** that, with the consent of the government and the defendant, the time from February 24, 2023, to April 26, 2023, is excluded under the Speedy Trial Act, in light of the need for additional time for the defendant and defense counsel to review the discovery materials provided by the government and to discuss how the defendant wishes to proceed in this case.

**SO ORDERED** this 24th day of February, 2023.

                                                           REGGIE B. WALTON
                                                           United States District Judge