UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>WILLIAM DUNFEE, )<br>)<br>Defendant. ) | Criminal Action No. 23-36 (RBW) |

## ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on April 26, 2023, via videoconference, it is hereby

**ORDERED** that, on July 5, 2023, at 9:00 a.m., with the consent of the parties, the parties shall appear before the Court for a status hearing, via videoconference. It is further

**ORDERED** that, with the consent of the government and the defendant, the time from April 26, 2023, to July 5, 2023, is excluded under the Speedy Trial Act, in light of the need for additional time for the defendant and defense counsel to review the discovery materials provided by the government and to discuss how the defendant wishes to proceed in this case.

**SO ORDERED** this 26th day of April, 2023.

REGGIE B. WALTON
United States District Judge