**FILED**

AUG 04 2023

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal Action No. 23-36 (RBW) |
| ) | |
| WILLIAM DUNFEE, ) | |
| ) | |
| Defendant. ) | |

### ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on August 4, 2023, via videoconference, it is hereby

**ORDERED** that, on September 14, 2023, at 9:00 a.m., the parties shall appear before the Court for a status hearing, via videoconference. It is further

**ORDERED** that, with the consent of the government and the defendant, the time from August 4, 2023, to September 14, 2023, is excluded under the Speedy Trial Act, in light of the need for additional time for the defendant to determine how he wishes to proceed in this case.

**SO ORDERED** this 4th day of August, 2023.

REGGIE B. WALTON
United States District Judge