IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>  v.<br><br>**WILLIAM ROBERT DUNFEE,**<br><br>  **Defendant.** | Case No: 1:23-cr-00036-RBW |

### JOINT NOTICE REGARDING STIPULATED BENCH TRIAL AND MOTION TO CONVERT HEARING TO STATUS CONFERENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia and undersigned counsel, and defendant William Robert Dunfee, by and through his attorneys, Curt Hartman and Thomas Kidd, Jr., hereby file this joint notice regarding the stipulated bench trial and motion to convert the stipulated bench trial set for Wednesday, October 18, 2023, in the above-captioned matter, to status conference for purposes of scheduling a contested bench trial.

1. Following the status conference on September 14, 2023, the Court ordered the parties to file a notice on or before September 29, 2023, advising the Court whether this case will be resolved through a stipulated bench trial and whether the parties have reached an agreement as to stipulated facts. ECF No. 35.

2. Consistent with the Court's order, the parties conferred regarding a stipulated bench trial and proposed stipulated facts. The parties were unable to reach an agreement regarding the stipulations.

1

3. The Defendant is now seeking a contested bench trial on the Indictment, rather than a stipulated bench trial. The government consents to a bench trial.

4. The parties move that the stipulated bench trial set for October 18, 2023, be converted a status conference to schedule a contested bench trial.

5. The parties are prepared for the Court to move forward with a motion hearing on the Defendant's motion to dismiss, ECF No. 33, on October 18, 2023.

6. The Defendant will file an unopposed request for a bench trial and a waiver of jury trial prior to the hearing on October 18, 2023.

7. The parties have conferred with respect to scheduling. Undersigned counsel for the government will be on personal leave from September 29 to October 9, 2023, and in trial beginning on November 27, 2023. Undersigned counsel for defendant has a previously-scheduled oral argument scheduled for November 20, 2023, and vacation scheduled from December 25, 2023 through January 17, 2024.

WHEREFORE, for the above reasons, the parties respectfully request that this Court grant this motion to convert the stipulated bench trial to a status conference for scheduling a contested bench trial, in the above-captioned matter.

                Respectfully submitted,

                MATTHEW M. GRAVES
                UNITED STATES ATTORNEY
                D.C. Bar No. 481052

BY:   */s Will N. Widman*
        WILL N. WIDMAN
        Trial Attorney, Detailee
        NC Bar No. 48158
        1301 New York Avenue, NW, 8th Floor
        Washington, D.C. 20530

                                  (202) 353-8611
                                  Will.Widman@usdoj.gov

On behalf of the Defendant:        */s/ Thomas W. Kidd, Jr.*
                                  KIDD & URLING, LLC
                                  9435 Waterstone Blvd, Suite #140
                                  Cincinnati, Ohio 45249
                                  (513) 733-3080
                                  tkidd@kiddurlinglaw.com

                                  */s/ Curt C. Hartman*
                                  THE LAW FIRM OF CURT C. HARTMAN
                                  7394 Ridgepoint Drive, Suite 8
                                  Cincinnati, OH 45230
                                  (513) 379-2923
                                  hartmanlawfirm@fuse.net