# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No: 1:23-cr-00036-RBW |
| | : | |
| **WILLIAM ROBERT DUNFEE,** | : | |
| | : | |
| **Defendant.** | : | |

## UNOPPOSED REQUEST FOR BENCH TRIAL

Pursuant to Fed. R. Crim. P. 23(a), Defendant William Robert Dunfee requests the Court hold a bench trial, rather than a jury trial, in the above-referenced matter.  In support of this request, he sets forth the facts and argument.

  1.  Mr. Dunfee has executed a Jury Trial Waiver which is attached hereto as Attachment A.

  2.  The government has informed Undersigned Counsel that it consents to a bench trial in this case.

WHEREFORE, Defendant William Robert Dunfee respectfully requests this Court approve his request for a bench trial.

        Respectfully submitted,

        /s/ Thomas W. Kidd, Jr.
        KIDD & URLING, LLC
        9435 Waterstone Blvd, Suite #140
        Cincinnati, Ohio 45249
        (513) 733-3080
        tkidd@kiddurlinglaw.com

>Curt C. Hartman
>THE LAW FIRM OF CURT C. HARTMAN
>7394 Ridgepoint Drive, Suite 8
>Cincinnati, OH  45230
>(513) 379-2923
>hartmanlawfirm@fuse.net
>
>Counsel for Defendant

## CERTIFICATE OF SERVICE

I certify that, on the date of filing, a copy of the foregoing will be served upon counsel for the government through the Court's ECF system.

>/s/ Thomas W. Kidd, Jr.