IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    v.<br><br>**WILLIAM ROBERT DUNFEE,**<br><br>    **Defendant.** | Case No: 1:23-cr-00036-RBW |

### NOTICE OF PUBLIC AUTHORITY DEFENSE

Defendant William Robert Dunfee, through undersigned counsel and pursuant to Federal Rule of Criminal Procedure 12.3, hereby gives notice that he may assert as a defense at trial that he was acting under actual or believed public authority at the time of the alleged offenses.

Defendant submits that, on or about January 6, 2021, he was directed to engage in some of the conduct set forth in the indictment by U.S. Capitol Police Officer Anthony Warner. At the time, Officer Warner was vested with authority that had been delegated to the United States Capitol Police and was acting under color of that authority.

Respectfully submitted,

*/s/ Thomas W. Kidd, Jr.*
KIDD & URLING, LLC
9435 Waterstone Blvd, Suite #140
Cincinnati, Ohio 45249
(513) 733-3080
tkidd@kiddurlinglaw.com

1

*/s/ Curt C. Hartman*
THE LAW FIRM OF CURT C. HARTMAN
7394 Ridgepoint Drive, Suite 8
Cincinnati, OH 45230
(513) 379-2923
hartmanlawfirm@fuse.net

**CERTIFICATE OF SERVICE**

I certify that, on the date of filing, a copy of the foregoing will be served upon counsel for the government through the Court's ECF system.

*/s/ Thomas W. Kidd, Jr.*