## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

)
UNITED STATES OF AMERICA )
)
v. ) Criminal Action No. 23-36 (RBW)
)
WILLIAM DUNFEE, )
)
Defendant. )
_____ )

### ORDER

In accordance with the oral rulings issued by the Court at the motions hearing held on

December 14, 2023, it is hereby

**ORDERED** that the defendant's Motion for Identification of <u>Actus Reus</u> for Each Count,

ECF No. 47, is **DENIED**. It is further

**ORDERED** that the United States' Motion <u>in Limine</u> to Preclude Improper Defense

Arguments, ECF No. 49, is **DENIED WITHOUT PREJUDICE**.[1] It is further

**ORDERED** that the United States' Motion <u>in Limine</u> to Limit Unnecessary Discussion

of Security-Related Topics, ECF No. 50, is **DENIED WITHOUT PREJUDICE**.[2] It is further

**ORDERED** that the defendant's oral motion to stay the trial of this case is **DENIED**.

---

[1] The Court's rulings on the government's motions <u>in limine</u> are based on the defendant's representations that he does not intend to pursue the admission of evidence or arguments that the government seeks to preclude at trial. However, if the defendant's position changes at some point during the course of the trial, the defendant shall notify the Court prior to seeking to admit the evidence or arguments at trial that are the subject of the government's motions <u>in limine</u>, and the Court will address the issue(s) at that time. In the event the defendant so notifies the Court, the government will be permitted to readdress the issues raised in its motions <u>in limine</u>.

[2] Note 1 applies to the United States' Motion <u>in Limine</u> to Limit Unnecessary Discussion of Security-Related Topics, ECF No. 50, as well as the United States' Motion <u>in Limine</u> to Preclude Improper Defense Arguments, ECF No. 49.

**SO ORDERED** this 14th day of December, 2023.

REGGIE B. WALTON
United States District Judge