UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:23-CR-036-RBW |
| | : | |
| **WILLIAM ROBERT DUNFEE,** | : | |
| | : | |
| **Defendant.** | : | |

### [JOINT PROPOSED] VERDICT FORM

Count 1:    Civil Disorder (18 U.S.C. § 231(a)(3))

_____ Guilty          _____ Not Guilty


Count 2:    Obstruction of an Official Proceeding or Aiding and Abetting (18 U.S.C. § 1512(c)(2) and 2)

_____ Guilty          _____ Not Guilty


Count 3:    Entering and Remaining in a Restricted Building or Grounds (18 U.S.C. § 1752(a)(1))

_____ Guilty          _____ Not Guilty


Signed this _____ day of _____, 2024.


_____
The Honorable Reggie B. Walton
United States District Judge

1