UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Crim. No. 23-cr-00036 (RBW) |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| WILLIAM ROBERT DUNFEE | : | |
| | : | |
| | : | |
| Defendant. | : | |

**Government Exhibits**

| **000 - SERIES OVERVIEW VIDEOS, CAPITOL BUILDING & GROUNDS** |||||||
|---|---|---|---|---|---|---|
| *No.* | *Description* | *Witness* | *Admitted?* | *Date* | *Stipulated?* ||
| 001 | Capitol Building - 3D Map (Need East Front) | | | | ||
| 002 | Capitol Building – Diagram | | | | ||
| 003 | Capitol Building - West Front Time Lapse Video | | | | Yes ||
| 004 | Capitol Building & Grounds - 1946 Survey Map | | | | ||
| 005 | Capitol Building & Grounds - Aerial View | | | | ||
| 006 | Capitol Building & Grounds - Restricted Perimeter Map | | | | Yes ||
| 007 | Certification of Congressional Videos | | | | Yes ||

| 008 | US House & Senate Video Montage | | | | Yes |
|---|---|---|---|---|---|
| 009 | USCP CCV Montage | | | | Yes |
| 010 | USCapitol_Exterior_East Side_01 | | | | Yes |
| 011 | USCapitol_Exterior_East Side_02 | | | | |
| 012 | USCapitol_Exterior_East Side_03 | | | | |
| | | | | | |

| 100 SERIES - USCP CAMERAS ||||||
|---|---|---|---|---|---|
| *No.* | *Description* | *Witness* | *Admitted?* | *Date* | *Stipulated?* |
| 100 | USCD_LA_East_Dome_-_2021-01-06_18h30min14s | | | | Yes |
| 100a | E USCD LA East Dome-2021-01-06_13h30min00s000ms | | | | Yes |
| 101 | USCD_LA_East_Dome_-_2021-01-06_18h45min24s | | | | Yes |
| 102 | USCD_LA_East_Dome_-_2021-01-06_18h54min20s | | | | Yes |
| 102a. | USCD_LA_East_Dome_-_2021-01-06_18h54min20s_CnF_CLIPPED | | | | Yes |

| | | | | | | |
|---|---|---|---|---|---|---|
| 103 | USCG_00_CVC_Elevator_Tower_South_-_2021-01-06_16h46min30s | | | | | Yes |
| 103a | E USCG 00 CVC Elevator Tower South-2021-01-06_11h47min00s000ms | | | | | Yes |
| 103b. | USCG_00_CVC_Elevator_Tower_South_-_2021-01-06_16h46min30s_CnF_CLIPPED | | | | | Yes |
| 104 | USCG_00_CVC_Elevator_Tower_South_-_2021-01-06_18h45min34s | | | | | Yes |
| 104a | E USCG 00 CVC Elevator Tower South-2021-01-06_13h45min00s000ms | | | | | Yes |
| 105 | USCG_00_CVC_Elevator_Tower_North_-_2021-01-06_18h34min14s | | | | | Yes |
| 105a | E USCG 00 CVC Elevator Tower North-2021-01-06_13h43min00s000ms | | | | | Yes |
| 106 | USCG_00_CVC_Elevator_Tower_North_-_2021-01-06_18h58min49s | | | | | Yes |
| 106a | E USCG 00 CVC Elevator Tower North-2021-01-06_13h58min00s000ms | | | | | Yes |
| 107 | USCS_02_Rotunda_Door_Interior_-_2021-01-06_18h51min57s | | | | | Yes |

| | | | | | |
|---|---|---|---|---|---|
| 107a | I USCS 02 Rotunda Door Interior-2021-01-06_14h07min00s000ms | | | | Yes |
| 107b | USCS_02_Rotunda_Door_Interior_-_2021-01-06_18h51min57s_CnF_CLIPPED. | | | | Yes |
| 108 | USCS_02_Rotunda_Door_Interior_-_2021-01-06_19h17min47s | | | | Yes |
| 108a | I USCS 02 Rotunda Door Interior-2021-01-06_14h20min00s000ms | | | | Yes |
| 108b | USCS_02_Rotunda_Door_Interior_-_2021-01-06_19h17min47s_CnF_CLIPPED.mp4 | | | | Yes |
| 109 | GX 401 | | | | Yes |
| 110 | GX 402 | | | | Yes |
| | | | | | |

| **200 SERIES - OPEN SOURCE VIDEO** | | | | | |
|---|---|---|---|---|---|
| *No.* | *Description* | *Witness* | *Admitted?* | *Date* | *Stipulated?* |
| 200 | 02 - maga_200106_630-a110 | | | | Yes |
| 200a | 02 - maga_200106_630-a110_CC | | | | Yes |

| | | | | | |
|---|---|---|---|---|---|
| 201 | 03 - maga_200106_633-a113 | | | | Yes |
| 202 | 04 - Livestrem footage of january 6 morning at Capitol | | | | Yes |
| 202a | 202a. 04 - Livestrem footage of january 6 morning at Capitol_CC_CLIP_01_v02 | | | | Yes |
| 202b | 202b. 04 - Livestrem footage of january 6 morning at Capitol_CC_CLIP_02_v02 | | | | Yes |
| 203 | 05 - samuel.digangi 10000000_229058718669054_3729314934285033874_n | | | | Yes |
| 203a | 05 - samuel.digangi 10000000_229058718669054_3729314934285033874_n_CC_CLIP_01 | | | | Yes |
| 203b | 05 - samuel.digangi 10000000_229058718669054_3729314934285033874_n_CC_CLIP_02 | | | | Yes |
| 203c | 05 - samuel.digangi 10000000_229058718669054_3729314934285033874_n_CC_CLIP_03_v02 | | | | Yes |
| 203d | 05 - samuel.digangi 10000000_229058718669054_3729314934285033874_n_CC_CLIP_04 | | | | Yes |
| 203e | 05 - samuel.digangi 10000000_229058718669054_3729314934285033874_n_CC_CLIP_05 | | | | Yes |
| 203f | 05 - samuel.digangi 10000000_229058718669054_3729314934285033874_n_CC_CLIP_06_v02 | | | | Yes |
| 203g | 05 - samuel.digangi 10000000_229058718669054_3729314934285033874_n_CC_CLIP_07 | | | | Yes |
| 203h | 05 - samuel.digangi 10000000_229058718669054_37 | | | | Yes |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 29314934285033874_n_CC_CLIP_08 |  |  |  |  |
| 203i | 05 - samuel.digangi 10000000_229058718669054_3729314934285033874_n_CnF_CC_CLIP_09 |  |  |  | Yes |
| 203j | 05 - samuel.digangi 10000000_229058718669054_3729314934285033874_n_CC_CLIP_10_v03 |  |  |  | Yes |
| 203k | 05 - samuel.digangi 10000000_229058718669054_3729314934285033874_n.AudioEnhanced_1 |  |  |  | Yes |
| 204 | 06 - kevin.bui.754 video_5065387093501774 |  |  |  | Yes |
| 204a | 204a. 06 - kevin.bui.754 video_5065387093501774_CnF_CLIPPED_v02 |  |  |  | Yes |
| 205 | 07 - Patriots Storm U.S. Capitol in Washington, D.C. |  |  |  | Yes |
| 206 | 08 - NBMW Memorial Day Sermon |  |  |  | Yes |
| 207 | 12 - Straka attacking the Capitol on Jan 6th |  |  |  | Yes |
| 207a | 12 - Straka attacking the Capitol on Jan 6th_CC_CLIPPED |  |  |  | Yes |
| 207b | 12 - Straka attacking the Capitol on Jan 6th.AudioEnhanced |  |  |  | Yes |
| 208 | 13 - FZtB9VgTkhkQ_cvt |  |  |  | Yes |
| 209 | 14 - Dec 27 2020 NBMW Sermon |  |  |  | Yes |
| 210 | 200. 01 - Facebook video #10218405531145424 |  |  |  | Yes |

| | | | | | |
|---|---|---|---|---|---|
| 211 | Battle of the Barriers and the Rush towards th | | | | Yes |
| 212 | Facebook logan.square.127 Logan Square was live-.mkv | | | | Yes |
| 213 | Free State of Will Video | | | | Yes |
| 214 | Getty Tomas Abad Trump Supporters Storm Capitol Hill – Washington DC – 1295991733 | | | | Yes |
| 215 | gettyimages-1295993659-640_adpp | | | | Yes |
| 216 | GX 502 BattleoftheBarriers | | | | Yes |
| 217 | GX 503.01 | | | | Yes |
| 218 | GX 505 Archive video 2 FULL SCREEN | | | | Yes |
| 219 | GX 507 Facebook video FULL SCREEN | | | | Yes |
| 220 | GX 512 | | | | Yes |
| 221 | Message from Pastor B.D. | | | | Yes |
| 222 | reverenewsmedia.com Photography Report Trump Supporters Breach US Capitol Building - Revere News | | | | Yes |
| 223 | Ruptly - Trump supporters rush Congress | | | | Yes |
| 224 | Twitch TouringNews TouringNews Twitch - DC Live w_ DylanBurnsTV !support !socials !dylan.mp4 | | | | Yes |
| 225 | videos_993456901178736 | | | | Yes |

| No. | Description | Witness | Admitted? | Date | Stipulated? |
|---|---|---|---|---|---|
| 226 | What Parler Saw During the Attack-Pro Publica-FZtB9VgTkhkQ_cvt | | | | Yes |
| 227 | YouTube Ruptly (RuptlyTV) LIVE Tensions rise in DC after Trump supporters storm into US Capitol | | | | Yes |
| 227a. | 227a. YouTube Ruptly (RuptlyTV) LIVE Tensions rise in DC after Trump supporters storm into US Capitol _FC_CLIPPED | | | | Yes |
| 228 | Exhibit 23 | | | | Yes |

### 300 SERIES - RIOTER VIDEO

| No. | Description | Witness | Admitted? | Date | Stipulated? |
|---|---|---|---|---|---|
| 300 | Rioting in Front of Capitol | | | | Yes |
| 301 | 1B1D-008-00000536 [P. Hemphill META_FileName 3154] | | | | Yes |
| 301a | 301a. 1B1D-008-00000536 [P. Hemphill META_FileName 3154]_CC_CLIPPED_v02 | | | | Yes |
| 301b | 301b. 1B1D-008-00000536 [P.part1] [Audio Enhanced] | | | | Yes |
| 302 | 1B1D-008-00000541 [P. HEMPHILL] | | | | Yes |

| | | | | | | |
|---|---|---|---|---|---|---|
| 303 | 1B1D-008-00000563 [P. Hemphill META_FileName 3182] | | | | | Yes |
| 303a | 303a. 1B1D-008-00000563 [P. Hemphill META_FileName 3182]_CC_CLIP_01_v02 | | | | | Yes |
| 303b | 303b. 1B1D-008-00000563 [P. Hemphill META_FileName 3182]_CC_CLIP_02 | | | | | Yes |
| 303c | 303c. 1B1D-008-00000563 [P. Hemphill META_FileName 3182]_CC_CLIP_03 | | | | | Yes |
| 303d | 303d. 1B1D-008-00000563 [P. Hemphill META_FileName 3182]_CC_CLIP_04_v02 | | | | | Yes |
| 303e | 1B1D-008-00000563 [P.AreaOfInterest.AudioEnhanced] | | | | | Yes |
| 304 | Court Document Screenshots & Case Files Nolan Cooke Ex. 6_1107.MP4.h264.mp4 (Same as 10) | | | | | Yes |
| 305 | Nolan Cooke Court Document Screenshots & Case Files Ex. 5_1106.MP4.h264.mp4 (same as 9) | | | | | Yes |
| 306 | Nolan Cooke Court Document Screenshots & Case Files Ex. 7_1108.MP4.h264.mp4 (same as 11) | | | | | Yes |

| No. | Description | Witness | Admitted? | Date | Stipulated? |
|---|---|---|---|---|---|
| 307 | Nolan Cooke Go Pro 1106.MP4 | | | | Yes |
| 307a | Nolan Cooke Go Pro 1106_CC_CLIPPED_v02 | | | | Yes |
| 308 | Nolan Cooke Go Pro 1107.MP4 | | | | Yes |
| 308a | Nolan Cooke Go Pro 1107.MP4_CnF_CLIPPED | | | | Yes |
| 309 | Nolan Cooke Go Pro 1108.MP4 | | | | Yes |
| | | | | | |

### 400 SERIES – PHOTOS

| *No.* | *Description* | *Witness* | *Admitted?* | *Date* | *Stipulated?* |
|---|---|---|---|---|---|
| 400 | Dunfee - DL Photo | | | | Yes |
| 401 | Facebook Tip | | | | |
| 402 | Getty Images 1230448371 | | | | Yes |
| 403 | Getty Images 1230448925 | | | | Yes |
| 404 | Getty Images 1230449069 | | | | Yes |
| 405 | Getty Images 1230449259 | | | | Yes |
| 406 | Getty Images 1230449281 | | | | Yes |
| 407 | Getty Images 1230451541 | | | | Yes |

| 408 | Getty Images 1230451773 | | | | Yes |
|---|---|---|---|---|---|
| 409 | Getty Images 1230451858 | | | | Yes |
| 410 | Getty Images 1230452268 | | | | Yes |
| 411 | Getty Images 1230453727 | | | | Yes |
| 412 | Getty Images 1230454199 | | | | Yes |
| 413 | Getty Images 1230454241 | | | | Yes |
| 414 | Getty Images 1230454281 | | | | Yes |
| 415 | Getty Images 1230454399 | | | | Yes |
| 416 | Let Freeom Reign Media | | | | Yes |
| 417 | OPA Tip-1 | | | | Yes |
| 418 | OPA Tip-2 | | | | Yes |
| 419 | P. Hemphill Photo of Dunfee 2 | | | | Yes |
| 420 | P. Hemphill Photo of Dunfee | | | | Yes |
| 421 | Web capture_6-3-2023_103615_www.wisconsinchristiannews.com | | | | Yes |
| | | | | | |
| | **500 SERIES - CELLULAR PHONE** | | | | |

| _No._ | _Description_ | _Witness_ | _Admitted?_ | _Date_ | _Stipulated?_ |
|---|---|---|---|---|---|
| 500 | EvidenceCollection_2022-11-15_Report_2023-04-04_Report | | | | |
| | | | | | |

| 600 SERIES – USSS ||||||
|---|---|---|---|---|---|
| _No._ | _Description_ | _Witness_ | _Admitted?_ | _Date_ | _Stipulated?_ |
| 600 | Head of State Notification | | | | |
| 601 | Head of State Worksheet | | | | |
| 602 | USCP CCV East Front Plaza | | | | Yes |
| 603 | USCP CCV Senate Members Stair | | | | Yes |
| 604 | USSS Glavey Radio Call 1 | | | | |
| 605 | USSS Glavey Radio Call 2 | | | | |
| 606 | USSS Glavey Radio Call 3 | | | | |
| | | | | | |

| 700 SERIES – PHYSICAL EVIDENCE ||||||
|---|---|---|---|---|---|
| _No._ | _Description_ | _Witness_ | _Admitted?_ | _Date_ | _Stipulated?_ |
| 700 | Black hat with stitching | | | | |

| 701 | Black jacket with white lettering | | | | |
|---|---|---|---|---|---|
| | | | | | |

| 800 SERIES – LEGAL AUTHORITY |||||||
|---|---|---|---|---|---|
| *No.* | *Description* | *Witness* | *Admitted?* | *Date* | *Stipulated?* |
| 800 | 3 U.S.C. § 15 | | | | Yes |
| 801 | 3 U.S.C. § 16 | | | | Yes |
| 802 | 3 U.S.C. § 17 | | | | Yes |
| 803 | 3 U.S.C. § 18 | | | | Yes |
| 804 | Concurrent Resolution | | | | Yes |
| 805 | Congressional Records - US House 117th Session | | | | Yes |
| 806 | Congressional Records - US Senate 117th Session | | | | Yes |
| 807 | US Constitution, Amendment XII | | | | Yes |
| | | | | | |

| 900 SERIES - TRANSCRIPTS |||||||
|---|---|---|---|---|---|
| *No.* | *Description* | *Witness* | *Admitted?* | *Date* | *Stipulated?* |

| No. | Description | Witness | Admitted? | Date | Stipulated? |
|---|---|---|---|---|---|
| 900 | 2023-03-20 US v Nordean et al Day 40_AM (for impeachment purposes) | | | | |
| 901 | 2023-03-20 US v Nordean et al Day 40_PM (for impeachment purposes) | | | | |
| | | | | | |

| 1000 SERIES – STIPULATIONS ||||||
|---|---|---|---|---|---|
| *No.* | *Description* | *Witness* | *Admitted?* | *Date* | *Stipulated?* |
| 1000 | Joint Notice Regarding Bench Trial, ECF No. 61 | | | | Yes |
| 1001 | Elements and Stipulations of the Parties, ECF No. 61-1 | | | | Yes |