UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                    )        Criminal Action No. 23-36 (RBW)<br>)<br>WILLIAM DUNFEE,                        )<br>)<br>      Defendant.              )<br>)  | |

## ORDER

In accordance with the oral rulings issued by the Court during the bench trial held on January 22, 2024, it is hereby

**ORDERED** that, in accordance with the parties' stipulations that the stipulated facts establish the elements of Counts One and Three, a **GUILTY** verdict is entered against the defendant on Count One, see 18 U.S.C. § 231(a)(3), and Count Three, see 18 U.S.C. § 1752(a)(1). It is further

**ORDERED** that, in accordance with the stipulated facts and the Court's own factual findings based on the evidence presented during the bench trial and conclusions of law articulated by the Court, a **GUILTY** verdict is entered against the defendant on Count Two, see 18 U.S.C. § 1512(c)(2).[1] It is further

**ORDERED** that the defendant's oral motion for a judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29(a) is **DENIED**. It is further

**ORDERED** that, on or before February 2, 2024, the parties shall contact the court reporter to order a transcript of the bench trial. It is further

---

[1] The Court will issue a Memorandum Opinion, with accompanying findings of facts and conclusions of law, at a later date.

**ORDERED** that, on or before April 1, 2024, the parties shall submit, if any, proposed findings of fact and conclusions of law.

**SO ORDERED** this 22nd day of January, 2024.

> /s/ Reggie B. Walton
> REGGIE B. WALTON
> United States District Judge