## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 1:23-CR-36 (RBW)** |
| **WILLIAM ROBERT DUNFEE** | : | |
| | : | |
| **Defendant.** | : | |

## UNITED STATES'S PROPOSED FINDINGS AND FACT AND CONCLUSIONS OF LAW

On January 22, 2024, WILLIAM ROBERT DUNFEE was found guilty after a bench trial on Counts One (18 U.S.C. §231(a)(3)), Two (18 U.S.C. § 1512(c)(2)), and Three (18. U.S.C. § 1752(a)(1)) of the Indictment.  (ECF 66.)  The Court ordered that on or before April 1, 2024, the parties submit any proposed findings of fact and conclusions of law.  (*Id.*)  In accordance with that order, the government provides the following proposed findings of fact and conclusions of law.

### *The Events at the U.S. Capitol on January 6, 2021*

1.      The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. Exhibit 1001.

2.      On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public, as shown in Exhibits 003, 006, 009, 405, 406, 407, 408, 409, 410, 1001.  A restricted perimeter was established, as depicted in Exhibit 006, and defined using metal bike rack fencing, snow fencing, and "Area Closed" signs. On the East Front, where DUNFEE was located, the

1

restricted perimeter was generally marked with waste-high metal bike rack fencing. Exhibits 300, 301, 405, 406, 408, 409, 410, and 1001.

3.      On January 6, 2021, a joint session of the United States Congress convened at the U.S. Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, Congress met to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. Consistent with Article II of the U.S. Constitution, the Twelfth Amendment to the U.S. Constitution, and the Electoral Count Act (as in place in 2020), the certification of the 2020 presidential election involved the tabulation of "all the certificates and papers purporting to be certificates of the electoral votes, which certificates and papers shall be opened, presented, and acted upon in alphabetical order of the States." 3 U.S.C. § 15.  Exhibit 1001.

4.      The joint session began at 12:59 p.m. Shortly thereafter, at approximately 1:15 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection, as provided for in the Electoral Count Act. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber. A video montage of the joint session is shown in Exhibit 008.  Exhibit 1001.

5.      The proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate. By that time, a large crowd had gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside. Exhibit 1001.

6.      Shortly before 1:00 p.m., certain individuals in the crowd breached the restricted perimeter on the west side of the Capitol, advancing to the Capitol's West Plaza. Shortly before 2:00 p.m., certain individuals forced their way through, up, and over additional barricades and officers of the U.S. Capitol Police, and advanced to the exterior façade of the building.  Exhibit 1001.

7.      At approximately 2:00 p.m., on the east side of the Capitol, certain individuals in the crowd, including DUNFEE, forced their way through the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the restricted grounds or building and, prior to entering the restricted grounds or building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police or other authorized security officials. Montages of breaches of the restricted perimeter and of the Capitol building and grounds are shown in Exhibits 003 and 009.  Exhibit 1001.

8.      The actions of these unauthorized individuals constituted a public disturbance involving acts of violence by assemblages of three or more persons, which caused immediate danger of and resulted in damage or injury to persons and property.  Exhibit 1001.

9.      At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd on the West Front of the Capitol building forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. At the same time, individuals who had breached the barricades on the East Front of the Capitol Building were also

attempting to gain entry into the building, with some members of the crowd assaulting officers and breaking windows in the process. At approximately 2:25 p.m., individuals in the crowd on the East Front of the Capitol did force entry into the building, including by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts.  Exhibit 1001.

10.     The civil disorder on January 6, 2021 resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $2.8 million dollars for repairs.  Exhibit 1001.

11.     Shortly thereafter, at 2:13 p.m., the Senate recessed. The House initially recessed at 2:18 p.m. and then, after reconvening, recessed at 2:29 p.m. Members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. As shown in Exhibit 603, at approximately 2:25 p.m., Vice President Pence was evacuated to a secure location within the Capitol building. Based on the breach of the restricted perimeter, including breaches on the East Front, the U.S. Secret Service implemented an action plan to protect Vice President Pence, which included moving the Vice President's motorcade from the East Plaza and escorting the Vice President to a secure location, as shown in Exhibits 104, 104a, 106, 106a, 110, 602, 603, 1001; Jan. 22, 2024 Tr. 18:23-19:15 (Hawa). The Vice President and his motorcade were moved in part because Inspector Hawa of the Secret Service saw individuals rioting on the East Plaza. Jan. 22, 2024 Tr. 17:22-19:15 (Hawa).

12.     Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had

left the U.S. Capitol, and the area within the restricted perimeter had been confirmed secured. The proceedings resumed in the Senate at 8:06 p.m., with the House following at 9:02 p.m. after the building had been secured. Exhibit 008. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed. Exhibit 1001.

13.     At approximately 2:31 p.m. on January 6, 2021, in response to the events at the U.S. Capitol, District of Columbia Mayor Muriel Bowser issued an order imposing a curfew in the District of Columbia from 6:00 p.m. on January 6, 2021 until 6:00 a.m. on January 7, 2021.  Exhibit 1001.

14.     In reaction to Mayor Bowser's curfew order, Safeway closed all 12 of its stores in the District of Columbia as of 4:00 p.m. on January 6, 2021. Safeway's stores were supposed to close at 11:00 p.m. Safeway later determined that its District of Columbia stores made between 18% and 47% less in sales to the public on January 6, 2021, than they had been projected to make on that day.  Exhibit 1001.

15.     Safeway's District of Columbia stores receive their shipments from a warehouse in Pennsylvania. After 4:00 p.m. on January 6, 2021, the scheduled shipments for the remainder of the day could not be delivered because the stores were closed and no employees were working. Exhibit 1001.

16.     The impact on Safeway stores provides one example of how the civil disorder on the grounds of the U.S. Capitol on January 6, 2021 obstructed, delayed, or adversely affected commerce or the movement of any article or commodity in commerce as those terms are used in 18 U.S.C. § 231(a)(3).  Exhibit 1001.

17.     The civil disorder also adversely affected several functions, operations, or actions carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof, including the U.S. Capitol Police's protection of the U.S. Capitol and the Capitol grounds, as well as the United States Secret Service's protection of the Vice President of the United States and immediate family members of the Vice President.  Exhibit 1001.

### *Dunfee's Participation in the Events of January 6, 2021*

18.     The defendant, DUNFEE, is the pastor of a church located in Warsaw, Ohio. On or about December 27, 2020, DUNFEE told his congregation: "They used to tell us, you know what, you settle your differences at the ballot. How did that work out for us? It's not over . . . We are heading to D.C. Who's going with us? January 4th through 6th . . . Are you ready?", as shown in Exhibit 209.  Exhibit 1001.

19.     DUNFEE knew that Congress was meeting on January 6, 2021 to certify the Electoral College vote. DUNFEE knew about the counting of the ballots for president and planned to be present in Washington, D.C. for the certification.  Exhibit 1001.

20.     On or about January 6, 2021, DUNFEE traveled to Washington D.C. from Ohio. At approximately 9:00 a.m., DUNFEE arrived on the East Front of the Capitol Grounds. DUNFEE knew the certification was taking place that day at the Capitol and that Vice President Mike Pence would preside over the certification proceedings, as shown in Exhibits 202, 202a, 202b, and 210. Exhibit 1001.

21.     At approximately 9:25 a.m., DUNFEE, who was wearing tan boots, blue jeans, a grey checkered shirt, a black jacket, and a black baseball hat, stood on a raised flowerbed on the East Front and used a megaphone to address the crowd, as shown in Exhibits 200, 201, 202, 202a,

202b, 203, 214, 215, 301, 301a, 302, 402, 403, 404, 408, 419, and 420. Dunfee told the crowd: "This election has been stolen right out from underneath of our noses and it is time for the American people to rise up. Rise up! Rise up! Today is the day in which it is that these elected officials realize that we are no longer playing games.", as shown in Exhibits 202 and 202a. In this comment, DUNFEE was referring to the presidential election, which he believed had been "stolen" from President Trump. DUNFEE told the crowd that he wanted President Trump to serve a second term and he did not want Congress to certify the ballots from certain "battleground states" and "expect[ed] to see how it is that [the election results] are investigated", as shown in Exhibits 202 and 202a. He did not want the election to be certified on January 6, 2021 in President Biden's favor without the examination of what he believed to be irregularities.  Exhibit 1001.

22.     DUNFEE used a megaphone to tell the crowd, "We will stand up for our country. We are standing up for our freedoms. We are standing up for our president. And today is the day these elected officials, these senators and these congressmen, understand that we are not going to allow this to continue any longer!", as shown in Exhibit 202 and 202a.  Exhibit 1001.

23.     DUNFEE used a megaphone to tell the crowd, "I am not talking about any of the nonsense of burning buildings and destroying another man's property, but they need to fear us," referring to elected officials, as shown in Exhibits 202 and 202a.  Exhibit 1001.

24.     At approximately 11:47 a.m., DUNFEE left his position on the raised flower bed, and he walked over to a group of individuals gathered further away from the Capitol.  DUNFEE returned to the raised flower bed a few minutes later.  Exhibits 103, 103b; Jan. 22, 2024 Tr. 29:13-30:17 (McCabe).

25.     At approximately 11:55 a.m., DUNFEE used a megaphone to tell the crowd: "What's the purpose of these gates right here?" referring to the barricades on the restricted

perimeter line on the East Front that was constructed of waist-high metal fencing, as shown in Exhibits 213, 301 and 301a. DUNFEE continued: "What's the purpose of these gates? It's to keep you away from our house." Exhibits 301 and 301a. An unidentified rioter then yelled, "Let's go in." DUNFEE responded into the megaphone, "We're going to. We're going to. We intend to take it," as shown in Exhibit 301 and 301a.  Exhibit 1001.

26.     From between approximately 12:00 p.m. to 1:10 p.m., President Trump's speech at the Ellipse was broadcast through means of sound amplification to the crowd gathered on the East Front, including DUNFEE. Exhibits 203 and 1001.

27.     At approximately 12:43 p.m., DUNFEE was asked what organization he was with. He responded, "Grassroots and Christian Patriots . . . here to stop the steal and do what we can do." Exhibits 200, 200a, and 1001.

28.     At approximately 12:50 p.m., Vice President Pence's motorcade arrived on the East Plaza and parked in front of the Capitol building.  Exhibits 302 and 1001.

29.     At approximately 1:15 p.m., DUNFEE used a megaphone to tell the crowd: "They just objected to Arizona," as shown in Exhibits 203 and 203a, referring to Congress's certification of the Electoral College ballots submitted by Arizona.  Exhibit 1001.

30.     At approximately 1:20 p.m., DUNFEE used a megaphone to tell the crowd: "Remember this. If they let us down, we are going to our house! . . . Protect the Constitution! . . . We are going to our house!", as shown in Exhibits 203 and 203c.  Exhibit 1001.

31.     At approximately 1:30 p.m., DUNFEE used a megaphone to tell the crowd: "Donald Trump is leading the crowd . . . Fight for Trump! Hold the line!" In response, the crowd began a "Fight for Trump!" chant, as shown in Exhibits 203 and 203e.  Exhibit 1001.

32.     At approximately 1:35 p.m., DUNFEE used a megaphone to address U.S. Capitol Police officers: "Mister police officers, we want you to understand something. We want you to understand something. We want Donald Trump and if Donald Trump is not coming, we are taking our house! We are taking our house! . . . Give us Trump or give us our house!", as shown in Exhibits 203 and 203f.  Exhibit 1001.

33.     At approximately 1:26 p.m., DUNFEE used his megaphone to tell the crowd, "Reinforcements around back. If you are able to move around back, they need some support around back." Exhibit 203 and 203d. DUNFEE was referring to the West Front of the Capitol, where rioters were fighting police officers for control of the barricade line.  Exhibits 003 and 1001.

34.     At approximately 1:40 p.m., DUNFEE approached the barricade line on the East Front, which was maintained by U.S. Capitol Police officers.  Exhibit 1001.

35.     U.S. Capitol Police officers and other federal law enforcement officers present at the U.S. Capitol were engaged in performance of their official duties.  Exhibit 1001.

36.     DUNFEE, together with others, at approximately 1:45 p.m., pushed against a metal barricade against U.S. Capitol Police officers in an attempt to break through that group of officers and advance toward the U.S. Capitol building in order to impede the certification of the electoral college vote, as shown in Exhibits 100, 100a, 203, 203h, 204, 204a, 216, 219, 228, 300, 411, 412, and 413.

37.     Other rioters, including an individual identified as Doug Wright, pushed the metal barricades with DUNFEE. Exhibits 411, 412, and 415; Jan 22, 2024 Tr. 43:21-44:12; 45:1-3; 45:21-25 (McCabe).

38.     As result of DUNFEE and the other rioters' pushing against the metal barricade, the barricade line was temporarily breached. DUNFEE and a few others entered the open space

between the barricade line and the Capitol steps, as shown in Exhibits 100, 100a, 104, 104a, 105, 105a, 110, 203, 204, 216, 219, 228, 300, 412, and 413.  Exhibit 1001.

39.     DUNFEE and others who had broken through were marshalled by U.S. Capitol Police officers to return behind the barricade line, and DUNFEE did return back to the barricade line. Federal law enforcement officers temporarily resecured the barricade line, as shown in Exhibits 101, 109, 203, 204, 212, and 219.  Exhibit 1001.

40.     At approximately 1:50 p.m., DUNFEE remained at the front of the barricade line, as shown in Exhibits 101, 102, 102a, 109, 203, 204, 217, 302, 303, 305, and 307.  Exhibit 1001.

41.     DUNFEE, together with others, at approximately 2:00 p.m., pushed against a metal barricade against U.S. Capitol Police officers in a second attempt to break through that group of officers and advance toward the U.S. Capitol building, as shown in Exhibits 101, 102, 102a, 109, 104, 104a, 106, 106a, 110, 203, 204, 205, 208, 211, 303, 304, and 602. Prior to pushing the barricade against police officers, DUNFEE was instructed by a police officer that it was the job of U.S. Capitol Police to keep the crowd from entering the restricted grounds and that DUNFEE and others were not allowed to pass the barricades. DUNFEE responded to the officer, "Alright, we are going to the steps. . . We are going to the steps. . . You can fight us. You can fight us" and he began to push against the barricades and police officers. Exhibits 303 and 303d.  Exhibit 1001.

42.     DUNFEE, together with others, breached the barricade line – despite his knowledge that it was illegal to do so. On this occasion, U.S. Capitol Police officers were not able to hold rioters back or resecure the barricade line.  Exhibits 102 and 102a.

43.     DUNFEE was one of the first rioters to enter the restricted grounds on the East Plaza, where a police officer in riot gear immediately attempted to physically halt his advance. Exhibits 102 and 102a. DUNFEE sidestepped the officer, who again tried to physically corral

DUNFEE. DUNFEE evaded the officer in riot gear again. Exhibits 102, 102a, and 304. DUNFEE then advanced towards the U.S. Capitol Building, as shown in Exhibits 102, 102a, 109, 208, 211, 217, 219, 225, 226, 303, and 304.  Exhibit 1001.

44.     DUNFEE marched up the East Central Stairs, where law enforcement had established a police line halfway up the stairs behind a barrier chain. Exhibits 106 and 106a. Signposts along the barrier chain read, "No Public Access." Exhibit 308. Those who entered the restricted grounds continued to push forward into the police line. DUNFEE was, at times, at the front of the police line established on the stairs. Exhibits 106 and 106a. Because of the surging crowd, the police were unable to hold the line established on the stairs and were again forced to retreat to the terrace level of the Capitol building. DUNFEE was one of the first to proceed up the steps to the terrace level, once the police line on the steps was broken. Exhibit 304. Police officers pushed DUNFEE back and told him to stop moving forward. DUNFEE, however, continued to move forward with his arms raised above his head. Exhibit 304 and 1001.

45.     At approximately 2:08 p.m., DUNFEE made it to the Rotunda Doors, where he turned to the crowd and said, "the doors are locked!"  Exhibits 308, 308a.

46.     DUNFEE was again pushed back by police officers defending the Capitol building. Exhibits 107, 107b, 304, and 1001.

47.     At approximately 2:10 p.m., DUNFEE remained near the Rotunda Doors, where a large crowd had gathered and a small number of federal law enforcement officers sought to defend the Capitol building, as shown in Exhibits 107, 107b, 108, 108a, 108b, 203, 204, 205, 207, 208, 211, 216, 218, 220, 223, 224, 303, 304, 306, 308, and 309. There, at approximately 2:20 p.m., DUNFEE observed other rioters breaking the glass windows on the Rotunda Doors. DUNFEE and

other rioters were then sprayed with pepper spray by the officers protecting the doors, as shown in Exhibits 220, 306, 309, and 416.  Exhibit 1001.

48.     DUNFEE experienced the effects of the pepper spray; he was temporarily unable to see. DUNFEE then retreated from the Rotunda Doors but remained close by. Exhibits 306 and 1001.

49.     Shortly after DUNFEE retreated, other rioters continued to push forward, which ultimately led to an altercation between police officers and rioters. DUNFEE was not involved in this altercation. Exhibit 220. At approximately 2:25 p.m., the Rotunda Doors were opened from the inside by a rioter who had entered the Capitol building at a different breach point. Exhibits 108 and 220. Rioters began to surge forward into the building. Exhibits 108 and 220. At approximately 2:28 p.m., police officers inside the Capitol building were able to resecure the Rotunda Doors. At approximately 2:38 p.m., the Rotunda Doors were opened again from the inside by a group of rioters who had entered the Capitol building at a different breach point, allowing more rioters to enter. On this occasion, police officers were unable to resecure the Rotunda Doors. More rioters amassed outside then entered the Capitol building through the doors.  Exhibit 1001.

50.     After the Rotunda Doors were breached, at approximately 2:45 p.m., DUNFEE stood outside the Rotunda Doors where other rioters were entering and exiting the building, as shown in Exhibits 207, 207a, 207b, 222, 224, 227, and 227a.  Exhibit 1001.

51.     DUNFEE entered the space between the decorative doors of the Rotunda doors and the actual door to enter the building, but he did not proceed through that door to enter the building. Exhibits 416 and 1001.

52.     At approximately 2:47 p.m., after the joint session of Congress had been suspended, an unidentified male rioter exiting the Capitol building addressed DUNFEE, stating, "We did it.

We got our job done." DUNFEE replied, "You get in?" The unidentified male rioter responded, "We did it, we shut 'em all down. We did our job." In response, DUNFEE told the crowd: "Hallelujah . . . Mission accomplished", as shown in Exhibits 207, 207a, and 207b.  Exhibit 1001. In this comment, DUNFEE was celebrating that the rioters had brought the certification proceeding to a halt by breaking through police lines and storming the Capitol.

53.     DUNFEE then remained outside of the Rotunda Doors where, at approximately 2:52 p.m., he high-fived an unidentified male rioter exiting the Capitol building who was wearing a gas mask. Exhibits 227, 227a, and 1001.

54.     DUNFEE knew at the time he entered the restricted U.S. Capitol Grounds, he and others did not have permission to enter the building or be on the restricted grounds. He knew that he was not allowed to push through the barricades. Exhibit 1001.

55.     DUNFEE pushed through the barricade lines, entered the restricted area, and encouraged others to do the same. Exhibit 1001.

56.     As shown in Exhibit 206, on or about May 30, 2021, DUNFEE told his congregation in Ohio: "We show up January 6th at the Capitol building, right? To let it be known that we are not going to stand back and let an election be stolen. That we are going to hold our legislators accountable, and so on and so forth? And what did that get us? Huh? We are all deemed what? Huh? Bunch of terrorists, right?"  Exhibit 1001.

57.     DUNFEE continued: "I can tell you, having been there, that. . . we were surrounded by patriots. Many, many, many, many patriots. . . You are not stealing this election. You're not going to rob us, deprive us of a democracy, of a republic, without us being heard."  Exhibit 1001.

58.     During the course of investigation, the FBI received a search warrant for DUNFEE's phone.  During the examination of his phone, it was determined that the phone had

been factory reset and a backup from before January 6, 2021 had been placed on the phone. Jan. 22, 2024 Tr. 59:24-60:7 (McCabe).

### *Count 1*

59.     Count One of the Indictment charges DUNFEE with civil disorder, in violation of 18 U.S.C. § 231(a)(3).  In order to find the defendant guilty of that offense the Court must find beyond a reasonable doubt that:

>   i.  The defendant knowingly committed an act or attempted to commit an act with the intended purpose of obstructing, impeding, or interfering with one or more law enforcement officers.
>
>  ii.  At the time of the defendant's actual or attempted act, the law enforcement officer or officers were engaged in the lawful performance of their official duties incident to and during a civil disorder.
>
> iii.  The civil disorder in any way or degree obstructed, delayed, or adversely affected either commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function.

60.     The Court finds beyond a reasonable doubt that DUNEE knowingly committed an act intending to obstruct, impede, or interfere with law enforcement officers when he pushed bike rack barricades on two separate occasions against U.S. Capitol Police Officers who were there to prevent rioters from entering restricted U.S. Capitol Grounds and Building.  A person acts "knowingly" if he realizes what he is doing and is aware of the nature of his conduct and does not act through ignorance, mistake or accident.  On two separate occasions DUNFEE pushed metal bike rack barricades into officers who were trying to protect the Capitol.  Exhibits 100, 100a, 101, 102, 102a, 104, 106, 106a, 109, 110, 203, 203h, 204, 204a, 205, 208, 211, 216, 219, 228, 300, 303,

304, 411, 412, 413, 602 and 1001. As he pushed, he told officers, "you can fight us." Exhibits 303, 303d, and 1001. His act physically obstructed the officers on the line.  Also, law enforcement were forced to respond to the threat DUNFEE created, thereby preventing them from dealing with other ongoing and burgeoning threats from the large, hostile mob. Thus, DUNFEE's intentional pushing of the barricades interfered with law enforcement's ability to protect the restricted area and those who were authorized to be inside of it.

61.     The Court finds beyond a reasonable doubt that at the time of DUNFEE's acts, the U.S. Capitol Police officers were engaged in the lawful performance of their official duties incident to and during a civil disorder.  A civil disorder is any public disturbance involving acts of violence by groups of three or more persons, which (a) causes an immediate danger of injury to another individual, (b) causes an immediate danger of damage to another individual's property, (c) results in injury to another individual, or (d) results in damage to another individual's property.  18 U.S.C. § 232(1). On January 6, 2021, U.S. Capitol Police were protecting the U.S. Capitol Grounds and Building and the elected officials and staff therein from a public disturbance brought on by thousands of rioters, many of whom turned violent and caused damage to the U.S. Capitol and injuries to many individuals, including officers.  Exhibit 1001.

62.     The Court finds beyond a reasonable doubt that the civil disturbance adversely affected commerce as it forced Safeway stores in Washington, D.C. to close early and lose revenue that they would have otherwise realized.  Exhibit 1001.  The Court finds beyond a reasonable doubt that the civil disturbance also obstructed, delayed, or adversely affected federally protected functions.  For example, it obstructed and adversely affected Secret Service's protection of Vice President Pence, requiring an emergency relocation of the Vice President's motorcade and the evacuation of the Vice President for several hours in response to the threat posed by DUNFEE and

other rioters. Jan. 22, 2024 Tr. 17:22-19:15 (Hawa). It also obstructed and adversely affected the U.S. Capitol Police's protection of the Capitol, requiring Capitol Police to battle rioters for hours, resulting in many officer injuries.  Exhibit 1001.

63.     Based on the foregoing, the Court finds DUNFEE committed the elements of civil disorder in violation of 18 U.S.C. § 231(a)(3) and is therefore guilty of Count 1.

### *Count 2*

64.     Count Two of the Indictment charges DUNFEE with obstruction of an official proceeding and aiding and abetting, in violation of 18 U.S.C. §§ 1512(c)(2) and 2.  In order to find the defendant guilty of obstruction of an official proceeding the Court must find beyond a reasonable doubt that:

    i.   The defendant attempted to or did obstruct or impede an official proceeding;

    ii.  The defendant intended to obstruct or impede the official proceeding;

    iii. The defendant acted knowingly, with awareness that the natural and probable effect of his conduct would be to obstruct or impede the official proceeding; and

    iv.  The defendant acted corruptly.

65.     As relevant here, Congress's Joint Session to certify the Electoral College vote on January 6, 2021, was an "official proceeding" as that term is used in this count. *United States v. Fischer*, 64 F.4th 329, 342 (D.C. Cir. 2023), *cert. granted*, No. 23-5572, 2023 WL 8605748 (U.S. Dec. 13, 2023) (affirming district court's holding "that congressional certification of the Electoral College count is an 'official proceeding'" for purposes of § 1512(c)(2)). *See also* 18 U.S.C. § 1515(a)(1)(B) (defining "official proceeding" to include "a proceeding before the Congress").

66.     The Court finds beyond a reasonable doubt that DUNFEE obstructed and impeded an official proceeding by joining the riot, playing an instrumental role in breaching the barricades

on the East Front of the Capitol, entering and remaining in the restricted U.S. Capitol Grounds, and helping and encouraging other rioters to do the same, thereby delaying Congress's ongoing certification of the Electoral College vote, an official proceeding.  The evidence establishes that because of the riot that DUNFEE was part of the Secret Service evacuated the Vice President, who was presiding over the certification, to a secure location.  Jan. 22, 2024 Tr. 22:15-22 (Hawa); Exhibit 1001. Members of Congress were evacuated from the chambers as well, and the proceeding did not resume until later in the evening. Exhibits 008 and 1001.

67.     The Court finds beyond a reasonable doubt that DUNFEE intended to obstruct the official proceeding.  DUNFEE knew that Congress was meeting on January 6, 2021 to certify the Electoral College vote.  Prior to January 6, 2021, DUNFEE actively encouraged members of his congregation to come to Washington D.C. because in his words "it's not over" referring to the election. Exhibits 209 and 1001. On January 6, 2021, DUNFEE intended to stop Congress from certifying the election in President Biden's favor, and he took action to accomplish that goal. He spoke about the ongoing certification (Exhibits 203, 203a, and 1001), and actively forecast his plan to enter the building should Donald Trump not be certified as the next President both to the crowd and officers protecting the grounds and building telling them, "If they let us down, we are going to our house!" and "We want Donald Trump and if Donald Trump is not coming, we are taking our house! . . . Give us Trump or give us our house!" Exhibits 203, 203c, 203f and 1001. DUNFEE also encouraged members of the crowd to join him in the event the Electoral College was not certified for Donald Trump.  *See* Exhibits 202, 202a, and 1001 ("This election has been stolen right out from underneath of our noses and it is time for the American people to rise up. Rise up! Today is the day in which it is that these elected officials realize that we are no longer playing games."), Exhibits 301, 301a, and 1001 ("What's the purpose of these gates? It's to keep you away from our

house." . . "We intend to take it."). DUNFEE held himself out as someone the crowd should listen to by standing on a raised platform and using a megaphone. *See, e.g.*, Exhibits 202, 202a, 203, 203a, 203b, 203c, 301, 301a, 301b, 303, 303a, 303b, 303c, 303d. He requested that individuals listen to him when he spoke. Exhibits 203, 203a ("Listen up! Listen up!"), 307 and 307a (DUNFEE, "Okay now listen, give me one minute. Please hear me. Listen to me, one minute. Listen! Listen!" Unidentified Individual, "Let him talk. Let him talk.") He intended to speak for the crowd when addressing police officers. Exhibits 303, 303a, 303b ("*We* will push if *we* gotta push" (emphasis added)), 303c ("For safety's sake, get *us* to the steps." (emphasis added)), and 303d ("Alright, *we* are going to the steps. *We* are going to the steps. . . . You can fight *us*." (emphasis added)). Members of the crowd looked to DUNFEE to negotiate with police, (Exhibits 303, 303a (Unidentified Individual speaking to DUNFEE, "And you do what you got to do to negotiate.")), and to organize the group to obstruct the certification, (Exhibits 301, 301a (Unidentified Individual to DUNFEE, "Let's go in."  DUNFEE, "We're going to.")). DUNFEE used this authority to lead the crowd. On two separate occasions, DUNFEE aggressively pushed metal bike rack barricades against a police line to gain access to the restricted area and building. Exhibits 100, 100a, 101, 102, 102a, 104, 104a, 106, 106a, 110, 203, 203h, 204, 204a, 205, 208, 211, 216, 219, 228, 300, 303, 304, 411, 412, 413, 602, and 1001. Members of the crowd worked with DUNFEE to push the barricades and breach the restricted perimeter. Exhibits 411, 412, and 415. DUNFEE then attempted to enter the U.S. Capitol Building, which he was unable to do because the doors were locked, and police pushed him back. Exhibits 308 and 308a. DUNFEE was later pepper sprayed by officers protecting the Rotunda door, which forced him to retreat. Exhibits 220, 306, 309, 416, and 1001. DUNFEE's statements and encouragement to the crowd, comments to police officers, as well as his persistent advancement and violence toward police officers in

order to gain entry into the Capitol Building where he knew the certification was taking place demonstrates his intent. Despite being stopped from entering the Capitol due to police action, DUNFEE indicated congruence with other rioters' efforts to stop the certification process from going forward by high-fiving them, (Exhibits 227, 227a, and 1001), and proclaiming, "Mission accomplished," when one individual told him that "we shut 'em all down," referring to the certification of the election (Exhibits 207, 207a, 207b).

68.     The Court finds beyond a reasonable doubt that DUNFEE acted knowingly, that is with a realization and awareness of the nature of his conduct and not through ignorance, mistake, or accident.  DUNFEE knew that the certification was taking place on January 6, 2021, and he intended to obstruct it. His actions were not by mistake but by design.

69.     The Court finds beyond a reasonable doubt that DUNFEE acted corruptly. To act "corruptly," the defendant must use independently unlawful means or act with an unlawful purpose, or both. *United States v. Robertson*, 86 F.4th 355 (D.C. Cir. 2023).  DUNFEE pushing metal bike rack barricades against the police line was an independently unlawful means—involving an act of civil disorder in violation of 18 U.S.C. § 231(a)(3)—to  further his unlawful purpose of interrupting the certification proceeding.  DUNFEE also acted with the unlawful purpose of keeping his preferred candidate in power.  He declared his corrupt intent when he told a member of the crowd that he was there to "stop the steal" and when he engaged in chants like, "fight for Trump". Exhibits 200, 200a, 203, 203e, and 1001. DUNFEE knew that becoming part of a riot and engaging in violence towards police officers was wrongful, but he did it anyway.

70.     DUNFEE also acted with consciousness of wrongdoing.  He knew that it was wrong to forcibly breach the restricted perimeter by pushing through barricades.  He knew that the mob was intent on stopping the certification not through peaceful protest and persuasion, but through

violence and intimidation, and he both led and joined in that effort.

71.     DUNFEE also acted with the intent to procure an unlawful benefit for himself or another individual.  Specifically, he engaged in the illegal conduct described in these findings in order to ensure that his preferred candidate, Donald Trump, remained in office, and to confer the benefit of four more years holding the office of the presidency on then-President Trump.

72.     In addition, DUNFEE's obstructive acts have a nexus to documents.   The certification of the electoral college vote, as set out in the Electoral Count Act in force at the time, involves the counting of physical electoral ballots.  The riot, in which DUNFEE participated and in which others, aided by DUNFEE, participated, interfered with the counting of the ballots during the Joint Session and placed the integrity of the ballots before the Joint Session in danger.

73.     Based on the foregoing, the Court finds that DUNFEE committed the elements of obstructing an official proceeding in in violation of 18 U.S.C. § 1512(c)(2) and is therefore guilty of Count 2.

74.     Because the Court finds DUNFEE guilty of the offense as the principal actor, it need not consider whether he aided or abetted another in committing the offense.

### *Count 3*

75.     Count Three of the Indictment charges DUNFEE with entering or remaining in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(1).  In order to find the defendant guilty of that offense the Court must find beyond a reasonable doubt that:

    i.   The defendant entered or remained in a restricted building or grounds without lawful authority to do so; and

    ii.  The defendant did so knowingly.

76.     As relevant here, the term "restricted building or grounds" means any posted,

cordoned off, or otherwise restricted area of a building or grounds where a person protected by the Secret Service is or will be temporarily visiting.  The Vice President and the immediate family of the Vice President are persons protected by the Secret Service.

77.    The Court finds beyond a reasonable doubt that DUNFEE entered and remained in restricted grounds by entering into the restricted perimeter around the Capitol, ascending the East Central Stairs and being on the terrace of the Capitol Building, without lawful authority to do so. On January 6, 2021, the Capitol Grounds and Building were a restricted area because Vice President and members of his family were present at the U.S. Capitol for the certification of the 2020 Presidential Election. Exhibit 1001; Jan. 22, 2024 Tr. 11:22-12:8, 14:19-14:23 (Hawa). There was a restricted perimeter in place around the U.S. Capitol Grounds that was closed to members of the public. Exhibits 006, 1001. On the East Front, this restricted perimeter was marked with bike rack barricades. Exhibits 300, 301, 405, 406, 408, 409, 410, and 1001. On January 6, 2021, DUNFEE entered the restricted area when he pushed through the barricades.  Exhibit 1001.

78.    The Court finds beyond a reasonable doubt that DUNFEE entered and remained in the restricted grounds knowingly. DUNFEE was aware of the nature of his conduct and did not act through ignorance, mistake, or accident. In order to enter the restricted perimeter, DUNFEE had to push through officers and barriers. Exhibit 1001. He heard officers tell him and others that they could not enter the restricted perimeter and, once he passed the restricted perimeter, he heard officers order him and others to leave. Exhibits 303, 303d, 304, and 1001. Video evidence shows that DUNFEE sidestepped an officer, who tried to physically restrain him after he had broken through the perimeter. Exhibits 102, 102a, and 1001. Any of these signs told DUNFEE that he was not permitted to enter the Capitol Grounds or to subsequently remain there.

79.    *United States v. Griffin*, 22-3042 (D.C. Cir.), which concerns the reach of

"knowingly" in 18 U.S.C. § 1752, is currently pending before the D.C. Circuit.  While the D.C. Circuit has thus not yet settled whether the government also must prove that the defendant was aware of a Secret Service protectee's current or anticipated presence in the restricted area, in this case, the result remains the same, because DUNFEE knew that Vice President Pence was present at the U.S. Capitol on January 6.

80.     Based on the foregoing, the Court finds DUNFEE committed the elements of entering and remaining in a restricted building or grounds in violation of 18 U.S.C. § 1752(a)(1) and is therefore guilty of Count 3.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     */s/ Will N. Widman*
WILL N. WIDMAN
Trial Attorney, Detailee
NC Bar No. 48158
1301 New York Avenue NW, 8th Floor
Washington, DC 20530
(202) 353-8611
Will.Widman@usdoj.gov

KATHRYN E. BOLAS
Assistant U.S. Attorney
NY Bar No. 5704234
United States Attorney's Office
601 D Street, NW
Washington, D.C. 20530
(202) 252-0872
Kathryn.Bolas@usdoj.gov