IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM DUNFEE,<br><br>Defendant. | No. 23-CR-00036 (RBW) |

### JOINT MOTION TO CONTINUE SENTENCING AND DEADLINE FOR SENTENCING MEMORANDA

The United States of America, by and through undersigned counsel, the United States Attorney for the District of Columbia, and defendant William Dunfee, by and through his attorneys Curt C. Hartman and Thomas W. Kidd, Jr., hereby file this joint motion to continue the sentencing hearing set for July 17, 2024, in the above-captioned matter, until September 19, 2024, at 10:00 a.m., as well as extending the date for submission of sentencing memoranda.

1. Following a bench trial, on January 22, 2024, the Court found the Defendant guilty as to Counts 1, 2, and 3 of the Indictment. The Court tentatively scheduled sentencing for May 24, 2024, at 10:00 a.m., with sentencing memoranda due on or before May 22, 2024.  Min. Order (January 22, 2024).

2. On April 30, 2024, the Court granted in part the Defendant's unopposed motion to continue the date of the sentencing hearing, pending the Supreme Court's decision in *Fischer v. United States*, Supreme Court Case No. 23-5572.  The Court continued the sentencing hearing to July 17, 2024, at 9:00 a.m., with sentencing memoranda due on or before July 15, 2024.  ECF No. 73.

1

3. The parties anticipate that sentencing will be contested, and additional time is needed to prepare. At sentencing, the government plans to call one witness who is currently incarcerated in the Federal Bureau of Prisons. The government anticipates it will take at least 45 days to transport and produce this witness for sentencing. The Defendant has indicated that he wants to cross-examine this witness. Both parties reserve the right to argue objections to the Presentence Report, depending on what findings are made in the final report.

4. Additionally, based on previously planned travel, undersigned counsel for the government will be unavailable for the sentencing hearing on July 17, 2024.

5. The parties consulted each another with regards to scheduling, and determined that all parties, as well as the government's witness, would be available and prepared to proceed on September 19, 2024.

Thus, in light of the foregoing, the parties request for the continuance of the date of sentencing, currently scheduled for July 17, 2024, at 9:00 a.m., to September 19, 2024, at 10:00 a.m., as well as extending the date for submission of sentencing memorandum.

Respectfully submitted,

On behalf of the Government:

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: *s/ Will N. Widman*
WILL N. WIDMAN
NC Bar No. 48158
Trial Attorney, Detailee
1301 New York Avenue NW, 8th Floor
Washington, DC 20530
(202) 353-8611
Will.Widman@usdoj.gov

KATHRYN E. BOLAS
Assistant U.S. Attorney
NY Bar No. 5704234
United States Attorney's Office
601 D Street, NW
Washington, D.C. 20530
(202) 252-0872
Kathryn.Bolas@usdoj.gov

| | |
|---|---|
| On behalf of the Defendant: | */s/ Thomas W. Kidd, Jr.*<br>KIDD & URLING, LLC<br>9435 Waterstone Blvd, Suite #140<br>Cincinnati, Ohio 45249<br>(513) 733-3080<br>tkidd@kiddurlinglaw.com<br><br>*/s/ Curt C. Hartman*<br>THE LAW FIRM OF CURT C. HARTMAN<br>7394 Ridgepoint Drive, Suite 8<br>Cincinnati, OH 45230<br>(513) 379-2923<br>hartmanlawfirm@fuse.net |