UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **WILLIAM ROBERT DUNFEE,** <br><br> Defendant. | Case No. 23-cr-36-RBW |

**NOTICE OF FILING OF VIDEO ATTACHMENTS**
**PURUSANT TO LOCAL CRIMINAL RULE 49**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court of the submission of video attachments in support of the government's motion for an accounting in the above-captioned matter. Video clips are not in a format that readily permits electronic filing on CM/ECF. Video attachments have been submitted to the Court and made available to defense counsel via the government's file-sharing site, USAfx. Each video attachment is identified and briefly described below.

- Attachment 2 – Video of Dunfee soliciting donations

- Attachment 3 – Video of Dunfee's associate describing in-person fundraiser

- Attachment 4 – Video of Dunfee's associate discussing Dunfee's legal expenses

If the Court accepts these proposed video attachments into evidence, the United States takes the position that the entered attachments should be released to the public.

1

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY

By: /s/ Will N. Widman
WILL N. WIDMAN
KATHRYN E. BOLAS
Assistant U.S. Attorneys
NC Bar No. 48158
NY Bar No. 5704234
United States Attorney's Office
Capitol Siege Section
601 D Street, NW
Washington, D.C. 20530
Phone: 202-353-8611
Will.Widman@usdoj.gov
Kathryn.Bolas@usdoj.gov