UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.  No. 23-CR-00036 (RBW)

WILLIAM DUNFEE,

    Defendant.

**MEMORANDUM IN RESPONSE TO MOTION FOR AN ACCOUNTING (Doc. No. 79)**

    In response to the Government's eleventh-hour *Motion of an Accounting of Funds Raised by Defendant* (Doc. No. 79), Defendant WILLIAM DUNFEE will represent the following concerning efforts by third parties to provide financial assistance for his legal defense herein:

    There were a total of four separate fundraising events on behalf of Mr. Dunfee. The first event occurred in or about May 2023 and raised approximately $6,050, of which approximately $4,000 were in checks with the remainder in cash. The second event involved a yard sale in July 2023 and raised approximately $1,900. In or about late August 2023, a chicken barbeque was held and raised, based on memory, approximately $5,650. A final fundraiser was recently held in August 2024 and raised only $200.

    In addition, certain ministries had sought to raise funds on Mr. Dunfee's behalf through online portals and, in turn, would then transmit such funds at various times to Mr. Dunfee. Such ministries were TheChristianRevolution.Net and his current church, New

Beginnings Ministries. Funds raised from such ministries were then, in turn, transmitted to Mr. Dunfee. In toto, the cumulative amount from these efforts was approximately $2,000 from TheChristianRevolution.Net and approximately $4,000 from his church's efforts.

Finally, there were a trickle of occasional donations received throughout the course of this case through no specific fundraiser or targeted effort.

Overall, throughout the course of this case, Mr. Dunfee was able to raise of total of approximately $25,250 towards his legal defense and legal expenses. Naturally, the total legal fees and expenses incurred by Mr. Dunfee significantly exceeded this amount and, thus, through personal assets (such as raiding personal savings and selling his 1969 Chevy Chevelle), Mr. Dunfee was able to pay the bulk of the legal fees and expenses. In light of the foregoing, Mr. Dunfee has sought, through his best efforts and recollection, to account for funds raised from outside sources and, accordingly, the *Motion for an Accounting* is moot as the relief sought therein has been satisfied and, accordingly, the *Motion* should be denied.

    Respectfully submitted,

    */s/ Curt C. Hartman*
Curt C. Hartman (0064242)
THE LAW FIRM OF CURT C. HARTMAN
7394 Ridgepoint Drive, Suite 8
Cincinnati, OH  45230
(513) 379-2923
hartmanlawfirm@fuse.net

Christopher P. Finney (0038998)
FINNEY LAW FIRM
4270 Ivy Pointe Blvd., Suite 225
Cincinnati, Ohio  45245
(513) 943-6655
chris@finneylawfirm.com

Counsel for Defendant

## CERTIFICATE OF SERVICE

I certify that, on the date of filing, a copy of the foregoing will be served upon counsel for the government through the Court's ECF system.

*/s/ Curt C. Hartman*